BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION and U.S. BANK, N.A.,<br><br>    Defendants. | Case No.  2:22-cv-01397-MMD-VCF<br><br>**ORDER GRANTING PHH MORTGAGE CORPORATION'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

  This matter came before the Court on Defendant PHH Mortgage Corporation's ("PHH") Consent Motion for Extension of Time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint (ECF 1).

  Having considered Defendant's unopposed motion and being otherwise sufficiently advised; it is hereby

1  **ORDERED** that Defendant's Consent Motion for Extension of Time to Answer or
(ECF No. 10)
2  Otherwise Plead is **GRANTED** and Defendant shall file its answer or otherwise respond to

3  Plaintiff's Complaint on or before October 24, 2022, which shall be deemed timely filed.

IT IS SO ORDERED.

SUBMITTED BY:

*/s/ Michael Kind with permission*
Michael Kind, Esq. (NV Bar No. 13903)
KIND LAW
8860 South Maryland Parkway, Ste. 106
Las Vegas, NV 89123
(702) 337-2322
(702) 329-5881 (fax)
Email: mk@kindlaw.com

George Haines, Esq. (NV Bar No. 9411)
Gerardo Avalos, Esq. (NV Bar No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
(702) 880-5554
(702) 385-5518 (fax)
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Counsel for Plaintiff Michael Bradford*

_/s/ Brody R. Wight_____
Brody R. Wight, Esq. (NV Bar No. 13615)
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-5586
(404) 962-6800
Email: brody.wight@troutman.com

*Counsel for Defendant PHH Mortgage Corporation*

Cam Ferenbach
United States Magistrate Judge

DATED  9-23-2022

- 2 -