Michael Kind, Esq.
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5581 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Donna Baker*

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Bradford<br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC, PHH Mortgage Corporation,<br>and U.S. Bank, N.A.,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-01397-MMD-VCF<br><br>**Unopposed Motion for Extension of Time for Trans Union LLC to File a Responsive Pleading to Plaintiff's Complaint**<br><br>**(First Request)** |

Michael Bradford ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for Trans Union, LLC to Answer ("Motion") and in support states:

1. TransUnion's responsive pleading is due on September 27, 2022.

2. Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

3. Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter.

Plaintiff files this Motion respectfully requesting the Court for an extension of time for TransUnion to file to **Tuesday, October 31, 2022**.

1

1546383V.1

4. This Motion is not for delay.

5. This is TransUnion's first extension of time and the requested extension does not prejudice the parties.

6. For the foregoing reasons, Plaintiff requests that the Court issue an order extending the date, to **October 31, 2022**, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

DATED this 27th day of September 2022.

**KIND LAW**

*/s/* Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
*Counsel for Plaintiff*

1546383V.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 28th day of September 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1546383V.1