DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS** LLP
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
             tehafen@duanemorris.com

Attorneys for Defendant *U.S. BANK, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD,<br><br>                    Plaintiff,<br><br>           v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, PHH MORTGAGE CORPORATION, AND U.S. BANK, N.A.,<br><br>                    Defendants. | Case No.:  2:22-cv-01397-MMD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT U.S. BANK, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff MICHAEL BRADFORD ("*Plaintiff*"), and by through his counsel, KIND LAW and FREEDOM LAW FIRM, and defendant U.S. BANK, N.A. ("*Defendant*" or "*U.S. Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's complaint up to and including **November 17, 2022**.

///

This extension will allow U.S. Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents. It will also provide Plaintiff and U.S. Bank time to evaluate whether an early resolution may be possible. This is the first request for an extension to U.S. Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED this 17th day of October 2022.

KIND LAW
    Michael Kind (SBN 13903)

FREEDOM LAW FIRM

By: /s/ *Gerardo Avalos*

    George Haines (SBN 9411)
    Gerardo Avalos (SBN 15171)

Attorneys for *Plaintiff*

DUANE MORRIS LLP

By: /s/ *Tyson E. Hafen*
    Tyson E. Hafen (SBN 13139)

Attorneys for Defendant *U.S. BANK, N.A.*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-24-2022