**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., PHH MORTGAGE CORPORATION, and U.S. BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01397-MMD-VCF<br><br>**ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendant Trans Union LLC ("Trans Union"), by and through its counsel, files this Second Unopposed Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 26, 2022, Plaintiff filed his Complaint in this Court against Trans Union alleging claims pursuant to the Fair Credit Reporting Act ("FCRA"), 15 § 1681, *et seq*. On September 27, 2022, Plaintiff filed his First Motion for Extension of Time for Trans Union LLC to Respond to the Complaint. (Dkt.14).  Trans Union's response to the Complaint is due October 31, 2022.

1

5904921.1

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 30, 2022.

Trans Union retained undersigned counsel on October 24, 2022, and additional time is required to locate and assemble the documents relating to Plaintiffs' allegations, any disputes submitted to Trans Union, and Trans Union's investigation of any such disputes. Trans Union's counsel will then need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. Additionally, Plaintiff and Trans Union are actively engaged in case-resolution negotiations and are optimistic about resolving this case entirely. This Motion is made in good faith and not for the purposes of delay.

Dated this 31st day of October 2022.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Rachael Swernofsky*

**RACHAEL SWERNOFSKY** Nevada Bar No. 15465
6900 N. Dallas Parkway, Suite 800 Plano, TX 75024
(214) 560-5443
(214) 871-2111 Fax rswernofsky@qslwm.com
**Counsel for Trans Union LLC**

IT IS SO ORDERED: Response due 11/30/2022.

_____
United States Magistrate Judge.

DATED: November 1, 2022

5904921.1

2