1 | DOMINICA C. ANDERSON (SBN 2988)
2 | TYSON E. HAFEN (SBN 13139)
  | **DUANE MORRIS LLP**
3 | 100 North City Parkway, Suite 1560
  | Las Vegas, NV  89106
4 | Tele: 702.868.2600; Fax:  702.385.6862
  | E-Mail:  dcanderson@duanemorris.com
5 |          tehafen@duanemorris.com

Attorneys for Defendant *U.S. BANK, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD, | Case No.: 2:22-cv-01397-MMD-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT U.S. BANK, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, PHH MORTGAGE CORPORATION, AND U.S. BANK, N.A., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff MICHAEL BRADFORD ("*Plaintiff*"), and by through his counsel, KIND LAW and FREEDOM LAW FIRM, and defendant U.S. BANK, N.A. ("*Defendant*" or "*U.S. Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to further extend the time for U.S. Bank to respond to Plaintiff's complaint up to and including **January 17, 2023**.

///

This further extension will allow U.S. Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents. It will also provide Plaintiff and U.S. Bank additional time to evaluate whether an early resolution may be possible, as preliminary settlement discussions are ongoing. This further extension is also warranted in light of the upcoming holiday season which may impact efforts to obtain documents and information from the respective parties in a timely manner. This is the second request for an extension to U.S. Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED November 10, 2022.

| | |
|---|---|
| KIND LAW | DUANE MORRIS LLP |
| By: /s/ *Michael Kind* <br>       Michael Kind (SBN 13903) | By: /s/ *Tyson E. Hafen* <br>       Tyson E. Hafen (SBN 13139) |
| FREEDOM LAW FIRM | Attorneys for Defendant *U.S. BANK, N.A.* |
|    George Haines (SBN 9411) <br>    Gerardo Avalos (SBN 15171) | |
| Attorneys for *Plaintiff* | |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-14-2022