BRODY R. WIGHT, ESQ.
Nevada Bar No. 13615
TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tel: (470) 832-5586
Fax: (404) 962-6800
brody.wight@troutman.com

TROUTMAN, PEPPER, HAMILTON, SANDERS, LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD,<br><br>           Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; PHH MORTGAGE CORPORATION and U.S. BANK, N.A.,<br><br>           Defendants. | Case No.  2:22-cv-01397-MMD-VCF<br><br>**DEFENDANT PHH MORTGAGE CORPORATION'S THIRD CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

   Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant PHH Mortgage Corporation ("PHH") respectfully moves to extend its time to answer or otherwise respond to the Plaintiff's Complaint, and in support thereof, states as follows:

   1.   Plaintiff's Complaint was filed on August 26, 2022.

   2.   PHH was served with the Complaint on September 2, 2022.

   3.   PHH sought an initial extension of time to answer or otherwise respond to Plaintiff's Complaint, which the Court granted in an Order entered on September 23, 2022.  Based on this Order, PHH's Answer or other Response to Plaintiff's Complaint was due on October 24, 2022.

4.     As settlement discussions between the parties began progressing, PHH sought a second extension of time to answer or otherwise respond to Plaintiff's Complaint, which the Court granted in an Order entered on October 24, 2022.  Based on this Order, PHH's Answer or other Response to Plaintiff's Complaint is due on November 14, 2022.

4.     The parties are continuing to actively discuss settlement and believe that an additional brief extension of time as requested herein will enable them to resolve this matter without further litigation.

5.     Therefore, PHH requests an additional seven (7) days, up to and including November 21, 2022, to formulate a response to Plaintiff's Complaint.

6.     Plaintiff has consented to PHH's request for an extension.

7.     This is the third request by PHH seeking such an extension.

8.     The requested extension will not prejudice any party and is in the interest of judicial economy.

In consideration of the foregoing, and for good cause shown, Defendant PHH Mortgage Corporation respectfully requests that the Court extend the deadline for PHH to file its answer or otherwise respond to Plaintiff's Complaint up to and including November 21, 2022.

Dated this 14th day of November, 2022.

/s/ Brody R. Wight
Brody R. Wight, Esq. (NV Bar No. 13615)
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
(470) 832-5586
(404) 962-6800
Email: brody.wight@troutman.com

*Attorney for Defendant
PHH Mortgage Corporation*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-15-2022
_____

- 2 -

DEFENDANT PHH'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system.

/s/ Brody R. Wight
Brody R. Wight, Esq. (NV Bar No. 13615)

134782799

- 4 -