ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorney for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRADFORD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, PHH MORTGAGE CORPORATION AND U.S. BANK,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01397-MMD-VCF<br><br>**JOINT STIPULATION FOR WITHDRAWAL OF ATTORNEY RACHAEL SWERNOFSKY** |
| NOLA BRADFORD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, PHH MORTGAGE CORPORATION, US BANK N.A. AND FIRST OPTION MORTGAGE, LLC,<br><br>　　　　　　Defendants. | |

　　　COME NOW Plaintiff Michael Bradford and Nola Bradford ("Plaintiffs") and Defendant Trans Union LLC ("Trans Union") (collectively known as "the Parties"), by and through their respective counsel and, pursuant to Local Rule IA 11-6(b), hereby stipulate to the following:

1. Rachael Swernofsky is leaving the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. to pursue another opportunity.

2. Accordingly, the parties conferred and agree to the withdrawal of Rachael Swernofsky as attorney for Trans Union. Additionally, the Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky was served to Trans Union via email on February 10, 2023, and Trans Union is unopposed.

3. Kurt Bonds, of the law firm Alverson, Taylor & Sanders, is licensed in the State of Nevada and has filed his Notice of Appearance as counsel for Defendant Trans Union. (Dkt. 47).

WHEREFORE, Plaintiff and Defendant respectfully request this Honorable Court to grant the withdrawal of attorney Rachael Swernofsky.

DATED: February __, 2023

| **ALVERSON, TAYLOR & SANDERS** | **FREEDOM LAW FIRM** |
|---|---|
| */s/ Kurt R. Bonds* | */s/ Michael Kind* |
| Kurt R. Bonds, Esq. | George Haines |
| Alverson Taylor & Sanders | Ghaines@freedomlegalteam.com |
| Nevada Bar #6228 | Gerardo Avalos |
| 6605 Grand Montecito Parkway, Suite 200 | gavalos@freedomlegalteam.com |
| Las Vegas, Nevada 89149 | Freedom Law Firm |
| efile@alversontaylor.com | 8985 S. Eastern Avenue, Suite 350 |
| *Counsel for Trans Union LLC* | Las Vegas, NV 89123 |
| | (702) 880-5554 |
| | (702) 385-5518 Fax |
| | and |
| | Michael Kind, Esq. |
| | ink@kindlaw.com |
| | Kind Law |
| | 8860 South Maryland Parkway, Suite 106 |
| | Las Vegas, Nevada 89123 |
| | (702) 337-2322 |
| | (702) 329-5881 Fax |
| | *Counsel for Plaintiffs* |

KB/28029
6080969.1

## **ORDER**

The Joint Stipulation for Withdrawal of Attorney Rachael Swernofsky is so ORDERED AND ADJUDGED.

Dated this 13th day of March 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

3
KB/28029

6080969.1