Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Michael Bradford and Nola Bradford*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Bradford and Nola Bradford,<br>　　　　Plaintiffs,<br>　v.<br><br>Trans Union, LLC, et al.,<br>　　　　Defendants. | Case No.: 2:22-cv-01397-MMD-VCF<br><br>**Stipulation for dismissal of U.S. Bank, N.A. with prejudice** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Michael Bradford and Nola Bradford and U.S. Bank, N.A. stipulate to dismiss Plaintiffs' claims against U.S. Bank, N.A. with prejudice.

---

STIPULATION　　　　　　　　　　　1

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 9, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Michael Bradford and Nola Bradford*

**DUANE MORRIS LLP**

/s/ Tyson Hafen
Tyson Hafen, Esq.
Dominica Anderson, Esq
100 North City Parkway
Las Vegas, NV 89106
*Counsel for U.S. Bank, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 9, 2023

STIPULATION 2