# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Michael Bradford and Nola Bradford,

    Plaintiff(s),

v.

Trans Union, LLC, et al.,

    Defendant(s).

2:22-cv-01397-MMD-VCF

**ORDER**

Before the court the motion to enforce the settlement agreement between Nola Bradford and Experian Information Solutions, Inc. (ECF No. 71).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to enforce the settlement agreement between Nola Bradford and Experian Information Solutions, Inc. (ECF No. 71), is SCHEDULED for 1:00 PM, August 2, 2023, in Courtroom 3D.

DATED this 11th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE