Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Michael Bradford and Nola Bradford*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Bradford and Nola Bradford,<br>Plaintiffs,<br>v.<br><br>Trans Union, LLC, et al.,<br>Defendants. | Case No.: 2:22-cv-01397-MMD-VCF<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Michael Bradford and Nola Bradford and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with

prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 14, 2023.

**KIND LAW**

*/s/ Michael Kind*
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

*/s/ George Haines*
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Michael Bradford and Nola Bradford*

**CLARK HILL PLLC**

*/s/ Gia Marina*
Gia Marina, Esq.
1700 S Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED   July 17, 2023

STIPULATION                                2