Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**Freedom Law Firm**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

*Attorneys for Plaintiff Michael Bradford and Nola Bradford*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Michael Bradford and Nola Bradford,<br>Plaintiffs,<br>v.<br><br>Trans Union, LLC, et. al.,<br>Defendant. | Case No.: 2:22-cv-01397-MMD-VCF<br><br>**Stipulation for dismissal of Trans Union LLC with prejudice** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Michael Bradford and Nola Bradford and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 21, 2023.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Michael Bradford and Nola Bradford*

**SKANE MILLS LLP**

/s/ Sarai L  Thornton
Sarai L. Thornton, Esq.
1120 N  Town Center Dr , Ste 200
Las Vegas, NV 89144
*Counsel for Trans Union LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED       September 22, 2023

STIPULATION                    2